

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-17-00271-CR

TIMOTHY DANFORTH, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court at Law No. 2
McLennan County, Texas
Trial Court No. 2016-0698-CR2, Honorable T. Bradley Cates, Presiding

June 3, 2019

## MEMORANDUM OPINION

### Before CAMPBELL and PIRTLE and PARKER, JJ.

Pending before the court is the motion of appellant Timothy Danforth to dismiss his appeal. Appellant and his attorney have signed the motion. TEX. R. APP. P. 42.2(a). As no decision of the court has been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.